UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20477-JEM

WINDY LUCIUS,

    Plaintiff,

v.

CHICK-FIL-A, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 2nd day of April, 2020.

| /s Juan Courtney Cunningham | /s Kevin M. Young |
|---|---|
| J. Courtney Cunningham, Esq. | Kevin M. Young, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SEYFARTH SHAW LLP |
| 8950 SW 74th Court | 1075 Peachtree Street, N.E. |
| Suite 2201 | Suite 2500 |
| Miami, FL 33156 | Atlanta, GA 30328 |
| Email: cc@cunninghampllc.com | Email: kyoung@seyfarth.com |
| Telephone: 305-351-2014 | Telephone: 404-885-6697 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                                /s/ J. Courtney Cunningham
                                                J. Courtney Cunningham, Esq.